**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Case No.: _____

Hearing Date: _____

Chapter: <u>11 (Small Business Subchapter V)</u>

Judge: _____

## NOTICE OF STATUS HEARING AND § 1111(b) ELECTION DEADLINE

### 11 U.S.C. § 1188(a) STATUS HEARING:

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge. **COURT APPEARANCES ARE REQUIRED.**

| | |
|---|---|
| **Reason for Hearing:** | **<u>Status Conference</u>** |
| **Location of Hearing:** | Courtroom No. _____ |
| **Date and Time:** | _____, or as soon thereafter as counsel may be heard. |
| **NOTE:** | **In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory** *Local Form Subchapter V Status Report* **can be found at www.njb.uscourts.gov under the "forms" tab.** |

### 11 U.S.C. § 1111(b) ELECTION DEADLINE:

In accordance with Federal Rule of Bankruptcy Procedure 3014, the Court hereby directs creditors seeking a § 1111(b) election to make such election **<u>no later than 14 days</u>** from the filing of the debtor's plan, unless extended by further order of the Court.

### NOTICE

**THE DEBTOR MUST SERVE THIS NOTICE ON ALL CREDITORS AND PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE ON THE CASE DOCKET**

DATE: _____

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20____ this notice was served on the following:

a Notice of appearance in this case.

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev. 1/22/2024*