| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Proposed Attorneys for Debtor<br>Michael E. Holt<br>mholt@formanlaw.com | |
| In Re:<br><br>RE-TRON TECHNOLOGIES, INC.<br><br>Debtor. | Case No.: 24-19193 (VFP)<br><br>Chapter 11 (Small Business Subchapter V)<br><br>Judge: Hon. Vincent F. Papalia |

## NOTICE REGARDING TELEPHONIC §341 MEETING

**PLEASE TAKE NOTICE** that the Chapter 11 §341 creditors meeting in the captioned matter, which was scheduled to take place at the offices of the United States Trustee in Newark, New Jersey on Wednesday, October 23, 2024, shall instead be conducted by conference call commencing at 10:00 a.m. EDT on Wednesday, October 23, 2024. If you wish to participate in the call, please e-mail Debtor's counsel at mholt@formanlaw.com with a copy to kanema@formanlaw.com no later than 4:00 p.m. EDT on October 22, 2024, and you will receive dial-in instructions. YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

                                                                               FORMAN HOLT
                                                                               Proposed Attorneys for Debtor

Dated: October 1, 2024                        By: */s/ Michael E. Holt*
                                                                               Michael E. Holt

{F0216610 - 1}