LAW ADVOCATES LLC
Douglas A. Goldstein, Esq.
236 Millbrook Ave, Suite 3R
Randolph, New Jersey 07869
Tel: (973) 845-6526
dgoldstein@advocates.esq
Attorneys for ConnectOne Bank, Creditor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>RE-TRON TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 24-19193-VFP<br><br>Chapter 11 |
|---|---|

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned and law firm Law Advocates LLC, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), enter their appearance in the above-referenced case as counsel to ConnectOne Bank ("CNOB"), and that all notices given or required to be given in this case, all pleadings and other papers served or required to be served, in this case, be given to and served on the following:

> LAW ADVOCATES LLC
> Douglas A. Goldstein, Esq.
> 236 Millbrook Ave, Suite 3R
> Randolph, New Jersey 07869
> dgoldstein@advocates.esq
> Tel: (973) 845-6526

**PLEASE TAKE FURTHER NOTICE THAT** the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, telegraph, telex or otherwise filed with regard to the

referenced case and proceedings therein. Further, this request includes copies of any disclosure statements to be submitted prior to approval and all plans of reorganization.

**PLEASE TAKE FURTHER NOTICE THAT,** this notice and request shall not be deemed a consent to jurisdiction of any type by CNOB, nor should it be deemed to waive: (1) CNOB's rights to have final orders in non-core matters in this case entered only after de novo review by a District Court; (2) CNOB's rights to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) CNOB's rights to have a District Court withdraw the reference in any matter in these cases subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupment to which CNOB is or may be entitled under any agreements, or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

|  |  |
|---|---|
|  | LAW ADVOCATES LLC |
| October 7, 2024 | By: /s/ *Douglas A. Goldstein*<br>Douglas A. Goldstein, Esq.<br>236 Millbrook Ave, Suite 3R<br>Randolph, New Jersey 07869<br>Tel: (973) 845-6526<br>dgoldstein@advocates.esq |
|  | *Attorneys for ConnectOne Bank, Creditor* |