| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Proposed Attorneys for Debtor<br>Michael E. Holt<br>mholt@formanlaw.com | **Order Filed on October 31, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>RE-TRON TECHNOLOGIES, INC.<br><br>Debtor. | Case No.: 24-19193 (VFP)<br><br>Chapter 11 (Small Business Subchapter V)<br><br>Judge: Hon. Vincent F. Papalia |

### ORDER AUTHORIZING RETENTION OF FORMAN HOLT AS DEBTOR'S ATTORNEYS

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 31, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

{F0226649 - 1}

Page 2
Debtor: Re-Tron Technologies, Inc.
Case No. 24-19193 (JKS)
Caption: Order Authorizing Retention of Forman Holt as Debtor's Attorneys

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted. The professional's address is: 365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is the date the petition was filed with the Court.

{F0226649 - 1}